TERRITORY OF HAWAII *v.* CARL MEYER.

No. 2551.

TERRITORY OF HAWAII *v.* CARL MEYER.

No. 2555.

FILED JULY 5, 1945.                    DECIDED NOVEMBER 23, 1945.

KEMP, C. J., LE BARON, J. AND CIRCUIT JUDGE CASSIDY
IN PLACE OF PETERS, J., ABSENT.

*Per Curiam.* Appellant's petitions for rehearing do not rest upon grounds warranting a second consideration of appellant's briefs nor do the petitions state any matters that were not considered by this court in rendering its opinion or any, if reconsidered, that would change the result thereof.

252

Argument upon them is not desired by any concurring justice.

The petitions, being without merit, are denied.

*J. V. Esposito* and *O. P. Soares* for the petitions.